| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Essex Construction, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND, GREENBELT DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Trust Bank<br>1901 Walnut St<br>Philadelphia, PA<br>19103-4640 | | Bank loan | Unliquidated<br>Disputed | $3,483,199.40 | $1,000,000.00 | $2,483,199.40 |
| Laborers District Council<br>PO Box 17443<br>Baltimore, MD<br>21297-1443 | | Trade debt | | | | $215,991.28 |
| Maryland Dept of Labor Licensing & Reg<br>1100 N Eutaw St<br>Baltimore, MD<br>21201-2225 | | | | | | $71,709.84 |
| New Holland Church Furniture<br>313 Prospect St<br>New Holland, PA<br>17557-1726 | | | | | | $35,205.49 |
| O'Riordan Bethel Law Firm<br>1314 19th St NW<br>Washington, DC<br>20036-1602 | | | | | | $29,925.31 |
| Vernon Holmes<br>9512 Traverse Way<br>Fort Washington, MD 20744-5741 | | Trade debt | | | | $25,587.00 |
| Mobile Modular Management Corp<br>PO Box 45043<br>San Francisco, CA<br>94145-5043 | | Trade debt | | | | $19,878.18 |

Debtor  **Essex Construction, LLC**          Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SAA Architecure, LLC<br>8101 Sandy Spring Rd<br>Laurel, MD 20707-3596 | | Trade debt | | | | $10,878.70 |
| American Management Services<br>8250 Exchange Dr Ste 132<br>Orlando, FL 32809-7698 | | Trade debt | | | | $7,001.00 |
| Internal Revenue Service<br>Fallon Federal Building<br>3 Hopkins Plz<br>Baltimore, MD 21202 | | | | | | $6,081.84 |
| Federal Painting<br>45915 Maries Rd Ste 132<br>Dulles, VA 20166-9280 | | Trade debt | | | | $5,634.20 |
| Comptroller of Maryland Revenue Administration Division<br>PO Box 17405<br>Baltimore, MD 21297-1405 | | | | | | $3,702.68 |
| The LaPlaca Firm<br>7135 Bluegrass Way<br>Owings, MD 20736-4315 | | | | | | $2,158.00 |
| JOK Enterprise, Inc.<br>15500 Castle Ct<br>Laurel, MD 20707-5301 | | | | | | $1,500.00 |
| Long Fence<br>8545 Edgewood Dr<br>Capital Heights, MD 20743-3790 | | | | | | $1,457.50 |
| Sparkle Painting Co., Inc.<br>7962 Conell Ct<br>Lorton, VA 22079-1013 | | | | | | $1,095.35 |

Debtor   **Essex Construction, LLC**                                   Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Artely Marble & Granite<br>10116 Bacon Dr<br>Beltsville, MD<br>20705-2101 | | | | | | $1,070.00 |
| M & G Services<br>7900 Walker Mill Dr<br>Capitol Heights, MD<br>20743-3411 | | | | | | $1,026.00 |
| W.G. Tomko, Inc.<br>2559 State Route 88<br>Finleyville, PA<br>15332-3504 | | | | | | $895.00 |
| Mahogany, Inc.<br>910 W Pratt St<br>Baltimore, MD<br>21223-2643 | | | | | | $889.80 |