Entered: November 8th, 2016
Signed: November 8th, 2016

**SO ORDERED**

For the reasons set forth on the record at a hearing held on November 7, 2016.



_____
**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| **ESSEX CONSTRUCTION, LLC,** | ) **Case No.: 16-24661** |
| | ) |
| Debtor. | ) **Chapter 11** |
| | ) |
| | ) |

## CONSENT ORDER AUTHORIZING DEBTOR'S
## INTERIM USE OF CASH COLLATERAL

UPON CONSIDERATION of Essex Construction, LLC's ("Debtor") Emergency Motion for Interim and Final Use of Cash Collateral Pursuant to 11 U.S.C. Sections 105 and 363 ("Motion"), and as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and in consideration of all objections to the Motion, including that of Firstrust Bank ("Secured Lender"), and consent to the relief requested in the Motion having been reached by and between Debtor and secured creditor Firstrust Bank, it is hereby

ORDERED, that the Motion be and is hereby GRANTED only as set forth herein; and it is further

1

**L&B 6044816/12887

ORDERED, that this Order shall govern the Debtor's use of Cash Collateral (as such term is defined in the Bankruptcy Code) for the period commencing from the date of this Order, through and including November 10, 2016, ("Interim Period"); provided, however, that the Debtor may request extensions of such period from the Court; and it is further;

ORDERED, that, except as otherwise expressly provided in this Order, Cash Collateral may be used solely during the Interim Period, as may be extended, for the purposes identified in Exhibit A ("Budget"); and it is further

ORDERED, that in the event the Cash Collateral is not used for a particular line item in the Budget during the period for which Cash Collateral usage is authorized for such line item in this Order, or if Cash Collateral is used in an amount less than specified in such line item during the budgeted period, then the Debtor shall not use the difference between the actual and budgeted expenditures without Secured Lender's prior written consent;

ORDERED, that as adequate protection for the use and/or diminution of the interests of the Secured Creditor in the Cash Collateral ("Adequate Protection"), the Secured Creditor shall receive monthly payments of $28,309.79 during the Interim Period (the "Adequate Protection Payment") and shall be granted: (a) superpriority administrative claims against the Debtor pursuant to the provisions of Section 507(b) of the Bankruptcy Code, which superpriority administrative claims shall be limited solely to any diminution in value of the Cash Collateral from and after the Petition Date, having priority in right of payment over any and all other obligations, liabilities, and indebtedness of Debtor, whether now in existence or hereafter incurred by Debtor, and over any and all administrative expenses; and (b) pursuant to Section 361 of the Bankruptcy Code, replacement liens on all of the Debtor's post-petition assets, which replacement liens shall be limited solely to any diminution in value of the Cash Collateral from and after the Petition Date which shall be first and senior in priority to all other interests and liens of every kind, nature and description, whether created consensually, by

2

an order of the Court or otherwise, including, without limitation, liens or interests granted in favor of third parties in conjunction with Sections 363, 364 or any other section of the Bankruptcy Code or other applicable law. The liens granted to the Secured Creditor herein shall attach to Debtor's claims and causes of action brought under Chapter 5 of the Bankruptcy Code (including but not limited to, those under sections 506, 544, 547, 548, 549, 550 and/or 552 of the Bankruptcy Code), and all rights, recoveries and defenses of Debtor's with respect thereto (collectively, the "Avoidance Actions"); and it is further

ORDERED, that this Order shall be sufficient and conclusive evidence of the validity, perfection and priority of any claim or lien granted by this Order with respect to the Adequate Protection without the necessity of filing or recording any financing statement or other instrument or document which may otherwise be required under the law or regulation of any jurisdiction or the taking of any other action to validate or perfect in accordance with applicable non-bankruptcy law any claim or lien granted by this Order with respect to the Adequate Protection, or to entitle the Secured Creditor to the priorities granted herein. Notwithstanding the foregoing, the Secured Creditor is authorized to file, as it deems necessary in its sole discretion, such financing statements, notices of lien and other similar documents to perfect in accordance with applicable non-bankruptcy law any lien granted by this Order with respect to the Adequate Protection, and all such financing statements, notices of lien and other similar documents shall be deemed to have been filed or recorded as of the Petition Date; provided, however, that no such filing or recordation shall be necessary or required to create or perfect any lien granted by this Order with respect to the Adequate Protection. The Debtor is authorized and directed to execute and deliver to the Secured Creditor all financing statements, notices of lien and other documents as the Secured Creditor may reasonably request; and it is further

ORDERED, that all of the terms and provisions of this Order shall be binding upon the Debtor, any subsequently appointed trustee under Chapter 7 of the Bankruptcy Code, and upon all creditors of the Debtor, including those that may have extended or may hereafter extend credit to the Debtor, and all other parties in interest; and it is further

ORDERED, that the Debtor agrees not to create, permit, assume or suffer to exist any lien or security interest in favor of any person or entity on any property of the Debtor, except any liens or security interests that existed prior to the Petition Date or any liens or security interests expressly consented to; and it is further

ORDERED, that the Secured Lender or any representatives, agents or employees acting on its  behalf, shall be permitted to inspect, examine and copy any and all books and records of the Debtor, whether at the Debtor's premises or elsewhere, upon reasonable notice and at reasonable times; and it is further

ORDERED, that the Debtor shall provide to Secured Lender, directly or through its counsel, such information and documents relating to Cash Collateral as Secured Lender shall reasonably request; and it is further

ORDERED, that the Debtor (i) shall provide to Secured Lender on a weekly basis an accounts receivable and accounts aging report reflecting accounts at 30, 60, 90 and over 120 days; and (ii) shall provide to Secured Lender such other and further financial, accounts receivable, inventory, accounting or operational information relating to the Debtor as Secured Lender may reasonably request from the Debtor from time to time; all of the foregoing to be in a form containing such information and detail as Secured Lender may reasonably request; and it is further

ORDERED, that this Order is not intended nor shall it be construed as a waiver or limitation in any way by Secured Lender of any rights or remedies under the Bankruptcy Code or other applicable law which it may have, including but not limited to the right to file a motion for relief from the automatic stay under § 362 of the Bankruptcy Code or to seek additional adequate protection, and nothing contained herein shall be construed as an indication that Secured Lender regard themselves as being fully and adequately protected; and it is further

ORDERED, that the Debtor shall file its monthly operating reports with the Court on or before the fifteen (15th) day of each month (or such date thereafter that the Court is open) and shall send a copy of such report to counsel for the Secured Creditor within one (1) business day of filing (by email); and it is further

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are modified and vacated to the extent necessary to permit the Secured Creditor to perform any act authorized or permitted under this Order, including, without limitation, to take any act to create, validate, evidence, attach or perfect any lien, security interest, right or claim in the Secured Creditor's collateral; and it is further

ORDERED, that in the event any or all of the provisions of this Order are hereafter reversed, stayed, modified, amended, or vacated by a subsequent order of the Court or any other court, such reversal, stay, modification, amendment, or vacation shall not affect the validity of any right or obligation arising under this Order prior to the effective date of such modification, amendment or vacation, and such right or obligation shall be governed in all respects by the provisions of this Order; and it is further

ORDERED, that this Order and the use of Cash Collateral authorized herein shall become effective immediately upon authorization and approval by the Court. Except with respect to the

payment of accrued items set forth in the Budget, the use of Cash Collateral authorized herein shall terminate on November 10, 2016, at 11:59 p.m., subject to the Debtor's right to seek further order of the Court authorizing use of Cash Collateral. Termination of the use of Cash Collateral authorized herein shall not impair the continuing effectiveness and enforceability of all other provisions in this Order; and it is further

ORDERED, that a further hearing to consider the Debtor's requested use of Cash Collateral shall be held on November 10, 2016 at 9:30 A.M. to consider the request to pay employee wages.   Another hearing to consider the remainder of the Debtor's request for for cash collateral shall be held on November 21, 2016 at 11:00 A.M.

SEEN AND CONSENTED TO:

LINOWES AND BLOCHER LLP

/s/  Jennifer L. Kneeland
Jennifer D. Kneeland, Bar No. 14916
John T. Farnum, Bar No. 13906
7200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814
Phone: (301) 961-5205
Fax: (301) 654-2801
Email: jkneeland@linowes-law.com
*Counsel for Firstrust Bank*

LAW OFFICES OF KIM Y. JOHNSON

/s/ Kim Y. Johnson
Kim Y. Johnson, Bar No. 22447
P.O. Box 277
Cheltenham, MD 20623-0277
Phone: (443) 838-3614
Fax: (301) 782-4686
Email: kimyjcounsel@aol.com
*Counsel for Debtor*

## CERTIFICATION OF CONSENT

I HEREBY CERTIFY that the terms of the copy of the order submitted to the court are identical to those set forth in the original order, and the signatures represented by the /s/_____ on the copy of the order submitted to the court reference the signatures of the consenting parties obtained on the original order.

/s/ Jennifer L. Kneeland
Jennifer L. Kneeland

**END OF ORDER**

6

cc:

Jennifer L. Kneeland, Esq.
John T. Farnum, Esq.
Linowes and Blocher LLP
7200 Wisconsin Ave., Suite 800
Bethesda, MD 20814

John Allen Roberts
Semmes, Bowen & Semmes, P.C.
25 South Charles Street, Suite 1400
Baltimore, MD 21201

Law Offices of Kim Y. Johnson
Kim Y. Johnson, Esq.
PO Box 277
Cheltenham, MD 20623-0277

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Laborers District Counsel
PO Box 17443
Baltimore, MD 21297-1443

Maryland Dept. of Labor Licensing &
Regulation
1100 N Eutaw Street
Baltimore, MD 21201-2225

New Holland Church Furniture
313 Prospect St.
New Holland, PA 17557-1726

O'Riordan Bethel Law Firm
1314 19th St NW
Washington, DC 20036-1602

Vernon Holmes
9512 Traverse Way
Fort Washington, MD 20744-5741

Mobile Modular Management Corp.
PO Box 45043
San Francisco, CA 94145-5043

SAA Architecture, LLC
8101 Sandy Spring Rd.
Laurel, MD 20707-3596

American Management Services
8250 Exchange Dr., Suite 132
Orlando, FL 32089

Internal Revenue Service
Fallon Federal Building
3 Hopkins Plaza
Baltimore, MD 21202

Federal Painting
45915 Maries Rd., Suite 132
Dulles, VA 20166-9280

Comptroller of Maryland, Revenue
Administration Div.
PO Box 17405
Baltimore, MD 21297-1405

The LaPlaca Firm
7135 Bluegrass Way
Owings, MD 20736-4315

JOK Enterprise, Inc.
15500 Castle Ct.
Laurel, MD 20707-5301

Long Fence
8545 Edgewood Dr.
Capital Heights, MD 20743

7

Sparkle Painting Co., Inc.
7962 Conell Ct.
Lorton, VA 22079-1013

M&G Services
7900 Walker Mill Dr.
Capitol Heights, MD 20743-3411

Mahogany, Inc.
910 W Pratt St.
Baltimore, MD 21223-2643

Artely Marble & Granite
10116 Bacon Dr.
Beltsville, MD 20705

W.G. Tomko, Inc.
2559 State Route 88
Finleyville, PA 15332-3504

**L&B 6044816/12887

# EXHIBIT A

11/03/2016 02:13:42 PM

**Essex Construction, LLC**
**Check Register**
**M_T Bank P/R Account**
**11/04/16 to 11/04/16**

Page 1 of 7

*Acct #* ████ *Payroll Checks*

| Employee No / Name | Check No | Reg / Ovt (Paid Hours) | Qty / Oth | Reg Wages / OVT Wages | Taxable Add / Non-Tax Add | Tx Uni Frng / Emp Fringe | Gross Pay / Tot Taxable | FICA / Federal | State / Local | Union / Misc | Net Pay / Check Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5083 | 40.00 / 39.00 | 0.00 / 0.00 | 916.80 / 1,340.82 | 0.00 / 0.00 | 0.00 / 0.00 | 2,257.62 / 2,257.62 | 172.71 / 335.97 | 96.92 / 65.11 | 112.88 / 0.00 | 1,474.03 / 11/4/2016 |
| | 5084 | 40.00 / 29.00 | 0.00 / 0.00 | 916.80 / 997.02 | 0.00 / 0.00 | 0.00 / 0.00 | 1,913.82 / 1,913.82 | 146.41 / 368.04 | 86.16 / 58.04 | 95.69 / 0.00 | 1,159.48 / 11/4/2016 |
| | 5085 | 40.00 / 37.00 | 0.00 / 0.00 | 916.80 / 1,272.06 | 0.00 / 0.00 | 0.00 / 0.00 | 2,188.86 / 2,188.86 | 167.45 / 285.05 | 138.00 / 0.00 | 109.44 / 0.00 | 1,488.92 / 11/4/2016 |
| | 5086 | 40.00 / 28.00 | 0.00 / 0.00 | 916.80 / 962.64 | 0.00 / 0.00 | 0.00 / 0.00 | 1,879.44 / 1,879.44 | 143.78 / 0.00 | 0.00 / 0.00 | 83.97 / 0.00 | 1,641.69 / 11/4/2016 |
| | 5087 | 40.00 / 26.50 | 0.00 / 0.00 | 916.80 / 911.07 | 0.00 / 0.00 | 0.00 / 0.00 | 1,827.87 / 1,827.87 | 139.83 / 196.63 | 116.00 / 0.00 | 91.39 / 0.00 | 1,284.02 / 11/4/2016 |
| | 5088 | 40.00 / 10.50 | 0.00 / 0.00 | 916.80 / 360.99 | 0.00 / 0.00 | 0.00 / 0.00 | 1,277.79 / 1,277.79 | 97.75 / 149.17 | 58.87 / 34.70 | 63.89 / 0.00 | 873.41 / 11/4/2016 |
| | 5089 | 40.00 / 31.00 | 0.00 / 0.00 | 916.80 / 1,065.78 | 0.00 / 0.00 | 0.00 / 0.00 | 1,982.58 / 1,982.58 | 151.67 / 387.29 | 89.42 / 60.24 | 99.13 / 0.00 | 1,194.83 / 11/4/2016 |
| | 5090 | 40.00 / 31.00 | 0.00 / 0.00 | 916.80 / 1,065.78 | 0.00 / 0.00 | 0.00 / 0.00 | 1,982.58 / 1,982.58 | 151.67 / 286.68 | 74.81 / 50.40 | 99.13 / 0.00 | 1,319.89 / 11/4/2016 |
| | 5091 | 8.00 / 0.00 | 0.00 / 0.00 | 183.36 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 183.36 / 183.36 | 14.03 / 0.00 | 2.98 / 0.00 | 9.17 / 0.00 | 152.76 / 11/4/2016 |
| | 5092 | 40.00 / 8.00 | 0.00 / 0.00 | 916.80 / 275.04 | 0.00 / 0.00 | 0.00 / 0.00 | 1,191.84 / 1,191.84 | 91.18 / 147.41 | 46.02 / 31.00 | 59.59 / 0.00 | 816.64 / 11/4/2016 |
| | 5093 | 40.00 / 18.50 | 0.00 / 0.00 | 916.80 / 636.03 | 0.00 / 0.00 | 0.00 / 0.00 | 1,552.83 / 1,552.83 | 118.79 / 276.60 | 98.00 / 0.00 | 77.64 / 0.00 | 981.80 / 11/4/2016 |
| | 5094 | 4.00 / 0.00 | 0.00 / 0.00 | 91.68 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 91.68 / 91.68 | 7.01 / 0.00 | 0.00 / 0.00 | 4.58 / 0.00 | 80.09 / 11/4/2016 |
| | 5095 | 10.00 / 0.00 | 0.00 / 0.00 | 229.20 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 229.20 / 229.20 | 17.53 / 0.00 | 0.00 / 0.00 | 11.46 / 0.00 | 200.21 / 11/4/2016 |
| | 5096 | 40.00 / 18.00 | 0.00 / 0.00 | 916.80 / 618.84 | 0.00 / 0.00 | 0.00 / 0.00 | 1,535.64 / 1,535.64 | 117.48 / 0.00 | 0.00 / 0.00 | 76.78 / 0.00 | 1,341.38 / 11/4/2016 |

*Exhibit A*

11/03/2016 02:13:42 PM

## Essex Construction, LLC
### Check Register
### M_T Bank P/R Account
### 11/04/16 to 11/04/16

Employee No / Name: _(redacted)_

| Check No | Paid Hours: Reg | Ovt | Qty | Oth | Earnings: Reg Wages | OVT Wages | Taxable Add | Non-Tax Add | Tr Unl Frng | Emp Fringe | Gross Pay | Tot Taxable | FICA | Federal | State | Local | Union | Misc | Net Pay | Check Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5097 | 40.00 | 44.00 | 0.00 | 0.00 | 1,111.20 | 1,833.48 | 0.00 | 0.00 | 0.00 | 0.00 | 2,944.68 | 2,944.68 | 42.70 | 0.00 | 0.00 | 0.00 | 147.23 | 626.65 | 2,128.10 | 11/4/2016 |
| 5098 | 40.00 | 0.00 | 0.00 | 0.00 | 916.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 916.80 | 916.80 | 70.14 | 0.00 | 0.00 | 0.00 | 45.84 | 0.00 | 800.82 | 11/4/2016 |
| 5099 | 40.00 | 40.00 | 0.00 | 0.00 | 916.80 | 1,375.20 | 0.00 | 0.00 | 0.00 | 0.00 | 2,292.00 | 2,292.00 | 175.34 | 408.51 | 152.00 | 0.00 | 114.60 | 0.00 | 1,441.55 | 11/4/2016 |
| 5100 | 40.00 | 28.00 | 0.00 | 0.00 | 916.80 | 962.64 | 0.00 | 0.00 | 0.00 | 0.00 | 1,879.44 | 1,879.44 | 143.78 | 0.00 | 0.00 | 0.00 | 93.97 | 0.00 | 1,641.69 | 11/4/2016 |
| 5101 | 40.00 | 49.00 | 0.00 | 0.00 | 916.80 | 1,684.62 | 0.00 | 0.00 | 0.00 | 0.00 | 2,601.42 | 2,601.42 | 199.01 | 0.00 | 0.00 | 0.00 | 130.07 | 102.38 | 2,169.96 | 11/4/2016 |
| 5102 | 40.00 | 45.00 | 0.00 | 0.00 | 916.80 | 1,547.10 | 0.00 | 0.00 | 0.00 | 0.00 | 2,463.90 | 2,463.90 | 188.49 | 0.00 | 0.00 | 0.00 | 123.20 | 0.00 | 2,152.21 | 11/4/2016 |
| 5103 | 40.00 | 39.00 | 0.00 | 0.00 | 916.80 | 1,338.85 | 0.00 | 0.00 | 0.00 | 0.00 | 2,255.65 | 2,255.65 | 172.56 | 420.13 | 96.82 | 65.04 | 112.78 | 0.00 | 1,388.32 | 11/4/2016 |
| 5104 | 40.00 | 24.00 | 0.00 | 0.00 | 916.80 | 825.12 | 0.00 | 0.00 | 0.00 | 0.00 | 1,741.92 | 1,741.92 | 133.26 | 160.37 | 61.55 | 41.46 | 87.10 | 0.00 | 1,258.18 | 11/4/2016 |
| 5105 | 8.00 | 0.00 | 0.00 | 0.00 | 183.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 183.36 | 183.36 | 14.03 | 0.00 | 4.42 | 2.98 | 9.17 | 0.00 | 152.76 | 11/4/2016 |
| 5106 | 40.00 | 40.00 | 0.00 | 0.00 | 916.80 | 1,375.20 | 0.00 | 0.00 | 0.00 | 0.00 | 2,292.00 | 2,292.00 | 175.34 | 330.31 | 101.20 | 68.17 | 114.60 | 0.00 | 1,502.38 | 11/4/2016 |
| 5107 | 40.00 | 40.00 | 0.00 | 0.00 | 916.80 | 1,375.20 | 0.00 | 0.00 | 0.00 | 0.00 | 2,292.00 | 2,292.00 | 175.34 | 430.31 | 101.72 | 68.17 | 114.60 | 0.00 | 1,401.86 | 11/4/2016 |
| 5108 | 40.00 | 30.00 | 0.00 | 0.00 | 916.80 | 1,031.40 | 0.00 | 0.00 | 0.00 | 0.00 | 1,948.20 | 1,948.20 | 149.04 | 195.66 | 102.72 | 68.17 | 97.41 | 0.00 | 1,335.20 | 11/4/2016 |
| 5109 | 40.00 | 40.00 | 0.00 | 0.00 | 916.80 | 1,375.20 | 0.00 | 0.00 | 0.00 | 0.00 | 2,292.00 | 2,292.00 | 175.34 | 0.00 | 0.00 | 0.00 | 114.60 | 0.00 | 2,002.06 | 11/4/2016 |
| 5110 | 40.00 | 39.00 | 0.00 | 0.00 | 916.80 | 1,340.82 | 0.00 | 0.00 | 0.00 | 0.00 | 2,257.62 | 2,257.62 | 172.71 | 263.30 | 90.79 | 61.17 | 112.88 | 0.00 | 1,556.77 | 11/4/2016 |

11/03/2016 02:13:42 PM

**Essex Construction, LLC**
**Check Register**
**M_T Bank P/R Account**
**11/04/16 to 11/04/16**

Page 3 of 7

| Employee No / Name | Check No | Reg / Ovt | Qty / Oth | Reg Wages / OVT Wages | Non-Tax Add | Tx Uni Frng / Emp Fringe | Taxable Add | Gross Pay / Tot Taxable | FICA / Federal | State / Local | Union / Misc | Net Pay / Check Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5111 | 40.00 | 0.00 | 916.80 | 0.00 | 0.00 | 0.00 | 2,257.62 | 172.71 | 158.00 | 112.88 | 1,472.85 |
| | | 39.00 | 0.00 | 1,340.82 | 0.00 | 0.00 | 0.00 | 2,257.62 | 341.18 | 0.00 | 0.00 | 11/4/2016 |
| | 5112 | 40.00 | 0.00 | 916.80 | 0.00 | 0.00 | 0.00 | 2,842.08 | 217.42 | 121.48 | 142.10 | 1,850.35 |
| | | 56.00 | 0.00 | 1,925.28 | 0.00 | 0.00 | 0.00 | 2,842.08 | 428.89 | 81.84 | 0.00 | 11/4/2016 |
| | 5113 | 40.00 | 0.00 | 916.80 | 0.00 | 0.00 | 0.00 | 2,188.86 | 167.45 | 112.45 | 109.44 | 1,553.41 |
| | | 37.00 | 0.00 | 1,272.06 | 0.00 | 0.00 | 0.00 | 2,188.86 | 246.11 | 0.00 | 0.00 | 11/4/2016 |
| | 5114 | 40.00 | 0.00 | 916.80 | 0.00 | 0.00 | 0.00 | 951.18 | 72.77 | 0.00 | 47.56 | 541.07 |
| | | 1.00 | 0.00 | 34.38 | 0.00 | 0.00 | 0.00 | 951.18 | 0.00 | 0.00 | 289.78 | 11/4/2016 |
| | 5115 | 40.00 | 0.00 | 916.80 | 0.00 | 0.00 | 0.00 | 1,879.44 | 143.78 | 107.45 | 93.97 | 1,076.24 |
| | | 28.00 | 0.00 | 962.64 | 0.00 | 0.00 | 0.00 | 1,879.44 | 400.22 | 55.78 | 0.00 | 11/4/2016 |
| | 5116 | 40.00 | 0.00 | 916.80 | 0.00 | 0.00 | 0.00 | 2,257.62 | 172.88 | 102.49 | 112.88 | 1,459.32 |
| | | 39.00 | 0.00 | 1,340.82 | 0.00 | 0.00 | 0.00 | 2,257.62 | 341.18 | 69.04 | 0.00 | 11/4/2016 |
| | 5117 | 37.00 | 0.00 | 848.04 | 0.00 | 0.00 | 0.00 | 848.04 | 64.88 | 0.00 | 42.40 | 740.76 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 848.04 | 0.00 | 0.00 | 0.00 | 11/4/2016 |
| | 5118 | 40.00 | 0.00 | 916.80 | 0.00 | 0.00 | 0.00 | 1,570.02 | 120.11 | 0.00 | 78.50 | 1,322.40 |
| | | 19.00 | 0.00 | 653.22 | 0.00 | 0.00 | 0.00 | 1,570.02 | 0.00 | 49.01 | 0.00 | 11/4/2016 |
| | 5119 | 40.00 | 0.00 | 916.80 | 0.00 | 0.00 | 0.00 | 985.56 | 75.40 | 47.37 | 49.28 | 708.18 |
| | | 2.00 | 0.00 | 68.76 | 0.00 | 0.00 | 0.00 | 985.56 | 105.33 | 0.00 | 0.00 | 11/4/2016 |
| | 5120 | 40.00 | 0.00 | 916.80 | 0.00 | 0.00 | 0.00 | 2,670.18 | 204.27 | 124.12 | 133.51 | 1,550.58 |
| | | 51.00 | 0.00 | 1,753.38 | 0.00 | 0.00 | 0.00 | 2,670.18 | 579.82 | 77.88 | 0.00 | 11/4/2016 |
| | 5121 | 40.00 | 0.00 | 916.80 | 0.00 | 0.00 | 0.00 | 2,085.72 | 159.56 | 138.00 | 104.29 | 1,311.32 |
| | | 34.00 | 0.00 | 1,168.92 | 0.00 | 0.00 | 0.00 | 2,085.72 | 372.55 | 0.00 | 0.00 | 11/4/2016 |
| | 5122 | 40.00 | 0.00 | 916.80 | 0.00 | 0.00 | 0.00 | 2,154.48 | 164.82 | 94.66 | 107.72 | 1,427.58 |
| | | 36.00 | 0.00 | 1,237.68 | 0.00 | 0.00 | 0.00 | 2,154.48 | 295.93 | 63.77 | 0.00 | 11/4/2016 |
| | 5123 | 40.00 | 0.00 | 916.80 | 0.00 | 0.00 | 0.00 | 1,879.44 | 143.78 | 64.06 | 93.97 | 1,312.52 |
| | | 28.00 | 0.00 | 962.64 | 0.00 | 0.00 | 0.00 | 1,879.44 | 221.95 | 43.16 | 0.00 | 11/4/2016 |
| | 5124 | 40.00 | 0.00 | 916.80 | 0.00 | 0.00 | 0.00 | 1,466.88 | 112.22 | 94.00 | 73.34 | 951.68 |
| | | 16.00 | 0.00 | 550.08 | 0.00 | 0.00 | 0.00 | 1,466.88 | 235.64 | 0.00 | 0.00 | 11/4/2016 |

**Essex Construction, LLC**
Check Register
M_T Bank P/R Account
11/04/16 to 11/04/16

| Employee No / Name | Check No | Paid Hours Reg / Ovt | Qty Oth | Reg Wages / OVT Wages | Taxable Add / Non-Tax Add | Tx Unl Frng / Emp Fringe | Gross Pay / Tot Taxable | FICA / Federal | State / Local | Union / Misc | Net Pay | Check Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 5125 | 40.00 / 29.00 | 0.00 / 0.00 | 916.80 / 997.02 | 0.00 / 0.00 | 0.00 / 0.00 | 1,913.82 / 1,913.82 | 146.41 / 5.00 | 5.00 / 0.00 | 95.69 / 0.00 | 1,661.72 | 11/4/2016 |
|  | 5126 | 40.00 / 11.00 | 0.00 / 0.00 | 916.80 / 378.18 | 0.00 / 0.00 | 0.00 / 0.00 | 1,294.98 / 1,294.98 | 99.07 / 58.29 | 36.30 / 24.45 | 64.75 / 0.00 | 1,012.12 | 11/4/2016 |
|  | 5127 | 40.00 / 23.00 | 0.00 / 0.00 | 916.80 / 790.74 | 0.00 / 0.00 | 0.00 / 0.00 | 1,707.54 / 1,707.54 | 130.63 / 334.75 | 114.00 / 0.00 | 85.38 / 0.00 | 1,042.78 | 11/4/2016 |
|  | 5128 | 40.00 / 27.00 | 0.00 / 0.00 | 1,112.40 / 1,126.31 | 0.00 / 0.00 | 0.00 / 0.00 | 2,238.71 / 2,238.71 | 171.26 / 188.16 | 78.20 / 52.68 | 123.13 / 0.00 | 1,625.28 | 11/4/2016 |
|  | 5129 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |
|  | 5130 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |
|  | 5131 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |
|  | 5132 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |
|  | 5133 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |
|  | 5134 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 1.90 / 1.12 | 3.44 / 0.00 | 57.04 | 11/4/2016 |
|  | 5135 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |
|  | 5136 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |
|  | 5137 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |
|  | 5138 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |

11/03/2016 02:13:42 PM

Essex Construction, LLC
Check Register
M_T Bank P/R Account
11/04/16 to 11/04/16

| Employee No / Name | Check No | Paid Hours Reg / Ovt | Qty Oth | Reg Wages / OVT Wages | Taxable Add / Non-Tax Add | Tx Unl Fnrg / Emp Fringe | Gross Pay / Tot Taxable | FICA / Federal | State / Local | Union / Misc | Net Pay | Check Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 5139 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 59.06 | 11/4/2016 |
|  | 5140 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |
|  | 5141 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |
|  | 5142 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 83.34 | 0.00 / 0.00 | 0.00 / 0.00 | 83.34 / 83.34 | 1.21 / 0.00 | 0.00 / 0.00 | 4.17 / 0.00 | 77.96 | 11/4/2016 |
|  | 5143 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |
|  | 5144 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |
|  | 5145 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |
|  | 5146 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |
|  | 5147 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |
|  | 5148 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.70 | 0.00 / 0.00 | 0.00 / 0.00 | 68.70 / 68.70 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.00 | 11/4/2016 |
|  | 5149 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |
|  | 5150 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |
|  | 5151 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |
|  | 5152 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 | 11/4/2016 |

11/03/2016 02:13:42 PM

Essex Construction, LLC
Check Register
M_T Bank P/R Account
11/04/16 to 11/04/16

| Employee No / Name | Check No | Reg / Ovt | Qty / Oth | Reg Wages / OVT Wages | Taxable Add / Non-Tax Add | Tx Unl Fing / Emp Fringe | Gross Pay / Tot Taxable | FICA / Federal | State / Local | Union / Misc | Net Pay / Check Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5153 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.26 | 0.00 | 3.44 | 60.06 |
| | | 2.00 | 0.00 | 68.76 | 0.00 | 0.00 | 68.76 | 0.00 | 0.00 | 0.00 | 11/4/2016 |
| | 5154 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.26 | 0.00 | 3.44 | 60.06 |
| | | 2.00 | 0.00 | 68.76 | 0.00 | 0.00 | 68.76 | 0.00 | 0.00 | 0.00 | 11/4/2016 |
| | 5155 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.26 | 0.00 | 3.44 | 60.06 |
| | | 2.00 | 0.00 | 68.76 | 0.00 | 0.00 | 68.76 | 0.00 | 0.00 | 0.00 | 11/4/2016 |
| | 5156 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.26 | 1.00 | 3.44 | 59.06 |
| | | 2.00 | 0.00 | 68.76 | 0.00 | 0.00 | 68.76 | 0.00 | 0.00 | 0.00 | 11/4/2016 |
| | 5157 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.26 | 0.00 | 3.44 | 60.06 |
| | | 2.00 | 0.00 | 68.76 | 0.00 | 0.00 | 68.76 | 0.00 | 0.00 | 0.00 | 11/4/2016 |
| | 5158 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.26 | 0.00 | 3.44 | 60.06 |
| | | 2.00 | 0.00 | 68.76 | 0.00 | 0.00 | 68.76 | 0.00 | 0.00 | 0.00 | 11/4/2016 |
| | 5159 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.26 | 0.00 | 3.44 | 58.78 |
| | | 2.00 | 0.00 | 68.76 | 0.00 | 0.00 | 68.76 | 0.00 | 1.28 | 0.00 | 11/4/2016 |
| | 5160 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.26 | 21.90 | 3.44 | 14.40 |
| | | 2.00 | 0.00 | 68.76 | 0.00 | 0.00 | 68.76 | 22.55 | 1.21 | 0.00 | 11/4/2016 |
| | 5161 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.26 | 0.00 | 3.44 | 60.06 |
| | | 2.00 | 0.00 | 68.76 | 0.00 | 0.00 | 68.76 | 0.00 | 0.00 | 0.00 | 11/4/2016 |
| | 5162 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.26 | 0.00 | 3.44 | 60.06 |
| | | 2.00 | 0.00 | 68.76 | 0.00 | 0.00 | 68.76 | 0.00 | 0.00 | 0.00 | 11/4/2016 |
| | 5163 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.26 | 0.00 | 3.44 | 60.06 |
| | | 2.00 | 0.00 | 68.76 | 0.00 | 0.00 | 68.76 | 0.00 | 0.00 | 0.00 | 11/4/2016 |
| | 5164 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.26 | 0.00 | 3.44 | 60.06 |
| | | 2.00 | 0.00 | 68.76 | 0.00 | 0.00 | 68.76 | 0.00 | 0.00 | 0.00 | 11/4/2016 |
| | 5165 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.26 | 0.00 | 3.44 | 60.06 |
| | | 2.00 | 0.00 | 68.76 | 0.00 | 0.00 | 68.76 | 0.00 | 0.00 | 0.00 | 11/4/2016 |
| | 5166 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.26 | 0.00 | 3.44 | 60.06 |
| | | 2.00 | 0.00 | 68.76 | 0.00 | 0.00 | 68.76 | 0.00 | 0.00 | 0.00 | 11/4/2016 |

11/03/2016 02:13:42 PM

Essex Construction, LLC
Check Register
M_T Bank P/R Account
11/04/16 to 11/04/16

Page 7 of 7

| Employee No Name | Check No | Paid Hours Reg Ovt | Qty Oth | Earnings Reg Wages OVT Wages | Taxable Add Non-Tax Add | Tx Unl Frng Emp Fringe | Gross Pay Tot Taxable | Deductions FICA Federal | State Local | Union Misc | Net Pay Check Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5167 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 11/4/2016 |
| | 5168 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 11/4/2016 |
| | 5169 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 3.00 / 0.00 | 3.44 / 0.00 | 57.06 11/4/2016 |
| | 5170 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 5.00 | 5.00 / 0.00 | 3.44 / 0.00 | 50.06 11/4/2016 |
| | 5171 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 0.00 | 0.00 / 0.00 | 3.44 / 0.00 | 60.06 11/4/2016 |
| | 5172 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 68.76 | 0.00 / 0.00 | 0.00 / 0.00 | 68.76 / 68.76 | 5.26 / 2.55 | 3.00 / 0.00 | 3.44 / 0.00 | 54.51 11/4/2016 |
| | 5173 | 0.00 / 2.00 | 0.00 / 0.00 | 0.00 / 83.43 | 0.00 / 0.00 | 0.00 / 0.00 | 83.43 / 83.43 | 6.38 / 0.00 | 0.00 / 0.00 | 4.59 / 0.00 | 72.46 11/4/2016 |
| | 5182 | 8.00 / 0.00 | 0.00 / 0.00 | 183.36 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 183.36 / 183.36 | 14.03 / 0.00 | 0.00 / 0.00 | 9.17 / 0.00 | 160.16 11/4/2016 |
| | 5196 | 40.00 / 20.00 | 0.00 / 0.00 | 916.80 / 687.60 | 0.00 / 0.00 | 0.00 / 0.00 | 1,604.40 / 1,604.40 | 122.74 / 186.48 | 71.46 / 48.14 | 80.22 / 0.00 | 1,095.36 11/4/2016 |
| | 5197 | 25.00 / 0.00 | 0.00 / 0.00 | 573.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 573.00 / 573.00 | 43.83 / 33.07 | 22.47 / 15.14 | 28.65 / 0.00 | 429.84 11/4/2016 |
| Totals Posted: | | 1,760.00 / 1,320.50 | 0.00 / 0.00 | 41,186.80 / 45,945.62 | 0.00 / 0.00 | 0.00 / 0.00 | 87,132.42 / 87,132.42 | 6,477.99 / 9,114.25 | 3,048.15 / 1,193.98 | 4,368.30 / 1,018.81 | 61,910.96 |

Checks: 94
Void Checks: 0

3,100.50   0.00   87,132.42

Exhibit A

Total