| Fill in this information to identify the case: |
| --- |

Debtor name **Essex Construction, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND, GREENBELT DIVISION

Case number (if known) **16-24661-TJC**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $ 17,651,287.57

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ 17,651,287.57

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 3,772,199.40

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 1,460,337.30

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ 1,564,004.44

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b

   $ 6,796,541.14

**Fill in this information to identify the case:**

Debtor name **Essex Construction, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND, GREENBELT DIVISION

Case number (if known) **16-24661-TJC**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **M & T Bank - Operating account - estimated as of petition date** | **Checking account** | **3638** | **$155,620.29** |
| 3.2. | **M & T - Payroll account - estimated as of petition date** | **checking account** | **3209** | **$199,822.94** |
| 3.3. | **Industrial Bank - checking account - overdrawn as of petition date** | **checking account** | | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$355,443.23** |

## Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:   Accounts receivable

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **Essex Construction, LLC**                                        Case number *(If known)*  **16-24661-TJC**
　　　　Name

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

| 11. | Accounts receivable | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **1,422,475.00**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | = .... **$1,422,475.00** |
| | 11a. 90 days old or less: | **194,500.23**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | = .... **$194,500.23** |
| | 11b. Over 90 days old: | **1,184,008.11**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | =.... **$1,184,008.11** |

| 12. | Total of Part 3. | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$2,800,983.34** |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress<br>**St. Matthews Church** | | **$1,596,698.00** | | **$1,596,698.00** |
| | **Inter County Connector (ICC)** | | **$6,000.00** | | **$6,000.00** |
| | **MGM Labor Project** | | **$11,100,000.00** | | **$11,100,000.00** |
| | **MGM Trailers** | | **$266,162.00** | | **$266,162.00** |
| | **St. Judes - due to commence January 2017** | | **$768,000.00** | | **$768,000.00** |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Debtor   **Essex Construction, LLC**
Name

Case number *(If known)*  **16-24661-TJC**

| | | | | |
|---|---|---|---|---|
| **UMMC - Work due to commence January 2017** | | $756,000.00 | | $756,000.00 |

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

|  |
|---|
| $14,492,860.00 |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **assorted desks, tables, chairs, calculators, adding machines** | $2,000.00 | | $2,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **desktop computers, laptops, Ipads and related accessories - leased from Frogworks** | $0.00 | | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| $2,000.00 |

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

page 3

| Debtor | **Essex Construction, LLC** | Case number *(If known)* **16-24661-TJC** |
|---|---|---|
| | Name | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2014 Audi automobile - leased through Audi Financial Services** | $0.00 | | $0.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** 
   Add lines 47 through 50.  Copy the total to line 87.

   | $0.00 |
   |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Essex Construction, LLC**                           Case number *(If known)* **16-24661-TJC**
_____
Name

61.    **Internet domain names and websites**
       website - essex-llc.com _____    $0.00    _____    $0.00

62.    **Licenses, franchises, and royalties**
       Maryland business license _____    $1.00    _____    $1.00

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                           | $1.00 |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)
       potential unused net operating losses - to be
       determined                                        Tax year _____    $0.00

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties** (whether or not a lawsuit
       has been filed)
       potential claim against seller of 4 Taft Court, Rockville,
       MD - value and nature of claim unknown as matter is
       still being researched _____    $0.00
       **Nature of claim** _____
       **Amount requested**            $0.00

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 5

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Essex Construction, LLC**
_____
Name

Case number *(If known)*  **16-24661-TJC**
_____

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **paid memberships in various construction and trade organizations** | **$0.00** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **Essex Construction, LLC**                                    Case number *(If known)* **16-24661-TJC**
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $355,443.23 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,800,983.34 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $14,492,860.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $17,651,287.57 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $17,651,287.57 |

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Essex Construction, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND, GREENBELT DIVISION

Case number (if known) **16-24661-TJC**

☐ Check if this is an amended filing

## Official Form 206D
### Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 **First Trust Bank** | | |
|---|---|---|
| Creditor's Name | | |
| | **Describe debtor's property that is subject to a lien**<br>**Petty Cash** | **$3,483,199.40** | **$1,000,000.00** |
| **1901 Walnut St**<br>**Philadelphia, PA**<br>**19103-4640** | | |
| Creditor's mailing address | **Describe the lien** | |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Date debt was incurred** | | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. First Trust Bank**<br>**2. Industrial Bank** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | |

| 2.2 **Industrial Bank** | | |
|---|---|---|
| Creditor's Name | | |
| | **Describe debtor's property that is subject to a lien**<br>**Petty Cash** | **$289,000.00** | **$17,651,287.57** |
| **7610 Pennsylvania Ave**<br>**District Heights, MD**<br>**20747-4701** | | |
| Creditor's mailing address | **Describe the lien** | |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Date debt was incurred** | | |
| **Last 4 digits of account number** | | |

Debtor  **Essex Construction, LLC**
 Name

Case number (if know)  **16-24661-TJC**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

1. **First Trust Bank**
2. **Industrial Bank**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $3,772,199.40 |

---

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Catherine Hopkin, Esquire**<br>**Tydings & Rosenberg, LLP**<br>**100 E Pratt St Fl 26**<br>**Baltimore, MD 21202-1097** | Line  **2.2** | |
| **Jennifer L. Kneeland, Esquire**<br>**Linowes & Blocher**<br>**7200 Wisconsin Ave**<br>**Bethesda, MD 20814-4811** | Line  **2.1** | |

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 2

| Fill in this information to identify the case: |
| --- |

Debtor name   **Essex Construction, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND, GREENBELT DIVISION

Case number (if known)   **16-24661-TJC**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,460,337.30 | $1,460,337.30 |
| --- | --- | --- | --- |

**Internal Revenue Service**
**Fallon Federal Building**
**3 Hopkins Plz**
**Baltimore, MD 21202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
| --- | --- |

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,729.86 |
| --- | --- | --- |

**Ace Cash Express**

**1231 Greenway Dr Ste 600**
**Irving, TX 75038-2511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,001.00 |
| --- | --- | --- |

**American Management Services**

**8250 Exchange Dr Ste 132**
**Orlando, FL 32809-7698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

| Debtor | **Essex Construction, LLC** | Case number (if known) | **16-24661-TJC** |
|---|---|---|---|

Name

---

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,070.00 |
|---|---|---|
| **Artely Marble & Granite** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **10116 Bacon Dr** | ☐ Disputed | |
| **Beltsville, MD 20705-2101** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|
| **Blue Rock Productions** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **4226 Amos Ave** | ☐ Disputed | |
| **Baltimore, MD 21215-3311** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|
| **Bruce Chapman** | ☐ Contingent | |
| | ■ Unliquidated | |
| **12 Battersea Ln** | ■ Disputed | |
| **Fort Washington, MD 20744-7202** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $653.25 |
|---|---|---|
| **Century Fencing** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **9501 Old Marlboro Pike** | ☐ Disputed | |
| **Upper Marlboro, MD 20772-3644** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,971.73 |
|---|---|---|
| **Check Cashing Depot** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **1602 University Blvd E** | ☐ Disputed | |
| **Hyattsville, MD 20783-4622** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.22 |
|---|---|---|
| **Comcast** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **PO Box 3005** | ☐ Disputed | |
| **Southeastern, PA 19398-3005** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,702.68 |
|---|---|---|
| **Comptroller of Maryland** | ☐ Contingent | |
| **Revenue Administration Division** | ☐ Unliquidated | |
| **PO Box 17405** | ☐ Disputed | |
| **Baltimore, MD 21297-1405** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Essex Construction, LLC** | Case number (if known) | **16-24661-TJC** |
|---|---|---|---|

Name

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Cube Smart**

**8410 Westphalia Rd**
**Upper Marlboro, MD 20774-3532**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$242.00**

---

**3.11**

**Nonpriority creditor's name and mailing address**

**David Allen Company, Inc.**

**PO Box 27705**
**Raleigh, NC 27611-7705**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$680.00**

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Douglas E. Wych, Sr.**

**6709 Dower House Rd**
**Upper Marlboro, MD 20772-3806**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$200,000.00**

---

**3.13**

**Nonpriority creditor's name and mailing address**

**F & F Landscaping, Inc.**

**12402 Crestwood Ave S**
**Brandywine, MD 20613-7648**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$378.10**

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Federal Painting**

**45915 Maries Rd Ste 132**
**Dulles, VA 20166-9280**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$5,634.20**

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Freestate Electrical Service**

**13335 Mid Atlantic Blvd**
**Laurel, MD 20708-1432**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1.00**

---

**3.16**

**Nonpriority creditor's name and mailing address**

**H & J Cosntruction, LLC**

**3436 Chesterfield Ave**
**Baltimore, MD 21213-1802**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Essex Construction, LLC** | | Case number (if known) | **16-24661-TJC** |
|---|---|---|---|---|

Name

**3.17** | Nonpriority creditor's name and mailing address

**Imperial Woodworking Company**

**310 N Woodwork Ln**
**Palatine, IL 60067-4933**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address

**Internal Revenue Service**
**Fallon Federal Building**
**3 Hopkins Plz**
**Baltimore, MD 21202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$565,599.26**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address

**Jamals Ikon, LLC**

**702 H St NW Ste 400**
**Washington, DC 20001-3875**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$466,666.62**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address

**JOK Enterprise, Inc.**

**15500 Castle Ct**
**Laurel, MD 20707-5301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$1,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address

**JoMax Recovery Services**

**9242 W Union Hills Dr Ste 102**
**Peoria, AZ 85382-8219**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$6,558.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address

**Jonathan Blunt**

**9640 Pennsylvania Ave**
**Upper Marlboro, MD 20772-3670**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$150,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address

**Kash King**

**8431 Georgia Ave**
**Silver Spring, MD 20910-4425**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$3,155.39**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Essex Construction, LLC** | | Case number (if known) | **16-24661-TJC** |
|---|---|---|---|---|
| | Name | | | |

---

**3.24** | Nonpriority creditor's name and mailing address
**Katz Abosch**

9690 Deereco Rd Ste 500
Timonium, MD 21093-6900

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.25** | Nonpriority creditor's name and mailing address
**Kaywood Liquors**

2205 Varnum St
Mount Rainier, MD 20712-1457

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$824.58**

---

**3.26** | Nonpriority creditor's name and mailing address
**Kensington Glass Art**

2194 Urbana Pike
Ijamsville, MD 21754-8601

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$487.25**

---

**3.27** | Nonpriority creditor's name and mailing address
**M & G Services**

7900 Walker Mill Dr
Capitol Heights, MD 20743-3411

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,026.00**

---

**3.28** | Nonpriority creditor's name and mailing address
**Mahogany, Inc.**

910 W Pratt St
Baltimore, MD 21223-2643

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$889.80**

---

**3.29** | Nonpriority creditor's name and mailing address
**Maryland Dept of Labor Licensing & Reg**

1100 N Eutaw St
Baltimore, MD 21201-2225

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$71,709.84**

---

**3.30** | Nonpriority creditor's name and mailing address
**Maryland Fabricators, Inc.**

3019 Millington Rd
Millington, MD 21651-1401

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$391.88**

---

| Debtor | **Essex Construction, LLC** | | Case number (if known) | **16-24661-TJC** |
|---|---|---|---|---|

Name

---

**3.31** | **Nonpriority creditor's name and mailing address**

**Metro Painters, Inc.**

**7861 Coppermine Dr**
**Manassas, VA 20109-2505**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$597.50**

---

**3.32** | **Nonpriority creditor's name and mailing address**

**Mobile Modular Management Corp**

**PO Box 45043**
**San Francisco, CA 94145-5043**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$19,878.18**

---

**3.33** | **Nonpriority creditor's name and mailing address**

**Natioanl Fire Protection**

**515 Dover Rd Ste 2600**
**Rockville, MD 20850-1235**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$525.00**

---

**3.34** | **Nonpriority creditor's name and mailing address**

**O'Riordan Bethel Law Firm**

**1314 19th St NW**
**Washington, DC 20036-1602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$29,925.31**

---

**3.35** | **Nonpriority creditor's name and mailing address**

**PEPCO**

**PO Box 13608**
**Philadelphia, PA 19101-3608**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$324.08**

---

**3.36** | **Nonpriority creditor's name and mailing address**

**S W Liquors**

**7072 Allentown Rd**
**Temple Hills, MD 20748-5333**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$947.74**

---

**3.37** | **Nonpriority creditor's name and mailing address**

**Safeware, Inc.**

**PO Box 64465**
**Baltimore, MD 21264-4465**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$43.71**

---

Debtor **Essex Construction, LLC**
_____
Name

Case number (if known) **16-24661-TJC**

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,095.35 |

**Sparkle Painting Co., Inc.**

**7962 Conell Ct**
**Lorton, VA 22079-1013**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,158.00 |

**The LaPlaca Firm**

**7135 Bluegrass Way**
**Owings, MD 20736-4315**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,490.42 |

**Three Brother**

**3061 Frederick Ave**
**Baltimore, MD 21223-2715**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $812.09 |

**Virginia Department of Taxation**

**PO Box 1777**
**Richmond, VA 23218-1777**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**VSC Fire and Security, Inc.**

**7708 Fullerton Rd**
**Springfield, VA 22153-2819**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $895.00 |

**W.G. Tomko, Inc.**

**2559 State Route 88**
**Finleyville, PA 15332-3504**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Essex Construction, LLC**                                    Case number (if known)    **16-24661-TJC**
          Name

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $      1,460,337.30 |
| **5b. Total claims from Part 2** | 5b. + | $      1,564,004.44 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $      3,024,341.74 |

**Fill in this information to identify the case:**

Debtor name **Essex Construction, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND, GREENBELT DIVISION

Case number (if known) **16-24661-TJC**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Vehicle lease - 2014 Audi** | |
| State the term remaining **14 months** | **Audi Financial Services** **PO Box 5215** **Carol Stream, IL 60197-5215** |
| List the contract number of any government contract **6441** | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **construction software, tracking and maintenance system** | |
| State the term remaining **month to month** | **Foundation Software, Inc.** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **leased hardware, network and intellectual property management, including cloud storage and information recovery** | |
| State the term remaining **5 months** | **Frogworks** **10567 Halbert Ct** **Waldorf, MD 20603-3220** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Commercial Lease - 9520 Pennsylvania Avenue** | |
| State the term remaining | **Mattie Taylor** **5607 Rayburn Drive** **Camp Springs, MD 207** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor 1 | **Essex Construction, LLC** | | Case number *(if known)* | **16-24661-TJC** |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Lease - 9460 Pennsylvania Avenue** | |
|---|---|---|---|
| | State the term remaining | | **MD Mellwood Financial** |
| | List the contract number of any government contract | | **186 Seven Farms Dr Ste F-251** |
| | | | **Daniel Island, SC 29492-8510** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease** | |
|---|---|---|---|
| | State the term remaining | | **Regus** |
| | List the contract number of any government contract | | **100 International Dr Fl 23** |
| | | | **Baltimore, MD 21202-4737** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical lease** | |
|---|---|---|---|
| | State the term remaining | | **Regus** |
| | List the contract number of any government contract | | **100 M St SE** |
| | | | **Washington, DC 20003-3519** |

**Fill in this information to identify the case:**

Debtor name: **Essex Construction, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND, GREENBELT DIVISION

Case number (if known): **16-24661-TJC**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Essex Real Estate Holdings, LLC** | **9440 Pennsylvania Ave**<br>**Upper Marlboro, MD 20772-3659** | **First Trust Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Essex Renewable Power, LLC** | **9440 Pennsylvania Ave**<br>**Upper Marlboro, MD 20772-3659** | **Bruce Chapman** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.3 | **Essex Renewable Power, LLC** | **9440 Pennsylvania Ave**<br>**Upper Marlboro, MD 20772-3659** | **Douglas E. Wych, Sr.** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.4 | **Roger R. Blunt** | **9640 Pennsylvania Ave**<br>**Upper Marlboro, MD 20772-3670** | **First Trust Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Roger R. Blunt** | **9640 Pennsylvania Ave**<br>**Upper Marlboro, MD 20772-3670** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Essex Construction, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF MARYLAND, GREENBELT DIVISION</td></tr>
<tr><td>Case number (if known)</td><td><strong>16-24661-TJC</strong></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$9,725,572.00** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$5,104,781.00** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$3,690,472.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Essex Construction, LLC**

Case number *(if known)*    **16-24661-TJC**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **Erie Insurance Company**<br>**100 Erie Insurance Pl**<br>**Erie, PA 16530** | **August,**<br>**September**<br>**and October**<br>**2016** | **$54,060.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Liability insurance** |
| 3.2.    **Frogworks**<br>**10567 Halbert Ct**<br>**Waldorf, MD 20603-3220** | **August,**<br>**September**<br>**and October**<br>**2016** | **$13,170.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.    **Mobile Modular Management Corp.**<br>**PO Box 45043**<br>**San Francisco, CA 94145-5043** | **August,**<br>**September**<br>**and October**<br>**2016** | **$59,634.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Roger Blunt**<br>**9640 Pennsylvania Ave**<br>**Upper Marlboro, MD 20772-3670**<br>**President and Chief Executive Officer** | **various** | **$433,000.00** | **Repayment of loans to Debtor, expense reimbursements, and draws** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **First Trust Bank**<br>**1 Walnut Grove Dr**<br>**Horsham, PA 19044-2201** | **4 Taft Court, Suites 300, 350 and 375,**<br>**Rockville, MD 20850** | **April 2016** | **$5,000,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

Debtor   **Essex Construction, LLC**                                        Case number *(if known)*   **16-24661-TJC**

---

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Firsttrust Bank v. Essex Real Estate Holdings, LLC, et al. 406569V** | **Confessed Judgement - defaulted loan** | **Montgomery County Circuit Court 50 Courthouse Sq Rockville, MD 20850-2320** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. **Firsttrust Bank v. Essex Real Estate Holdings, LLC, et al. 414197V** | **Foreclosure proceeding** | **Montgomery County Circuit Court 50 Courthouse Sq Rockville, MD 20850-2320** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. **Firsttrust Bank v. Essex Real Estate Holdings, LLC, et al. CAL15-25233** | **Foreign Judgment** | **Prince George's County Circuit Court 14735 Main St Upper Marlboro, MD 20772-3051** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. **Firsttrust Bank v. Essex Real Estate Holdings, LLC, et al. 406568V** | **Confessed Judgment - defaulted loan** | **Montgomery County Circuit Court 50 Courthouse Sq Rockville, MD 20850-2320** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5. **Firsttrust Bank v. Essex Real Estate Holdings, LLC, et al. 414196V** | **Foreclosure Proceeding** | **Montgomery County Circuit Court 50 Courthouse Sq Rockville, MD 20850-2320** | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

| Debtor | Essex Construction, LLC | Case number *(if known)* | 16-24661-TJC |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| 4 Taft Court, Suites 300, 350 and 375, Rockville, MD 20850 | None; review of claim pending | April 2016 | $5,000,000.00 |

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 4 Taft Ct<br>Rockville, MD 20850-5310 | 2015 |

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Debtor | Essex Construction, LLC | Case number *(if known)*  16-24661-TJC |
|---|---|---|

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ☑ Yes. Does the debtor serve as plan administrator?

  - ☐ No Go to Part 10.
  - ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **American Funds** | EIN:  **4192** |

Has the plan been terminated?
- ☑ No
- ☐ Yes

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **CubeSmart 0577**<br>**8410 Westphalia Rd**<br>**Upper Marlboro, MD 20774-3532** | **Roger Blunt** | **miscellaneous office furniture, corporate documents and files** | ☐ No<br>☑ Yes |

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor    **Essex Construction, LLC**                                         Case number *(if known)*   **16-24661-TJC**

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Essex Renewable Power, LLC**<br>**9644 Marlboro Pike**<br>**Upper Marlboro, MD 20774** | renewable power and energy | EIN:   **6730**<br><br>From-To   **August 2011 - present (no operations or income since 2014)** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | Essex Construction, LLC | Case number *(if known)* 16-24661-TJC |
| --- | --- | --- |

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1. | **Brady, Renner** <br> **3026 Mitchellville Rd Ste 203** <br> **Bowie, MD 20716-6319** | **January 25, 2016 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26b.1. | **Brady Renner & Company, LLC** <br> **3026 Mitchellville Rd Ste 203** <br> **Bowie, MD 20716-6319** | **January 2015 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1. | **Brady Renner and Company, LLC** <br> **3026 Mitchellville Rd Ste 203** <br> **Bowie, MD 20716-6319** | **N/A** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Roger R. Blunt | 9640 Pennsylvania Ave <br> Upper Marlboro, MD 20772-3670 | President and Chief Executive Officer | 90% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Howard Johnson | 9640 Pennsylvania Ave <br> Upper Marlboro, MD 20772-3670 | Shareholder | 10% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor   **Essex Construction, LLC**                                    Case number *(if known)* **16-24661-TJC**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jonathan Blunt | 9640 Pennsylvania Ave Upper Marlboro, MD 20772-3670 | President and Chief Operating Officer | 1988 to October 30, 2016 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Roger Blunt 9640 Pennsylvania Ave Upper Marlboro, MD 20772-3670 | $430,000 | January - October 2016 | Repayment of loans made to debtor, reimbursements of expenses paid on account of debtor, annual draw |
| **Relationship to debtor** President and Chief Executive Officer | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and

Debtor  **Essex Construction, LLC** _____     Case number *(if known)* **16-24661-TJC** _____

correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  7, 2016** _____

**/s/ Roger R. Blunt** _____     **Roger R. Blunt** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President and Chief Executive Officer** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

**United States Bankruptcy Court**
**District of Maryland, Greenbelt Division**

IN RE:                                                                    Case No. **16-24661-TJC** _____

**Essex Construction, LLC** _____    Chapter **11** _____
_____Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **December  7, 2016** _____    Signature: */s/ Roger R. Blunt* _____
                                                          **Roger R. Blunt, President and Chief Executive Officer**          Debtor


Date: _____    Signature: _____
                                                                                                    Joint Debtor, if any

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Ace Cash Express
1231 Greenway Dr Ste 600
Irving, TX  75038-2511


American Management Services
8250 Exchange Dr Ste 132
Orlando, FL  32809-7698


Artely Marble & Granite
10116 Bacon Dr
Beltsville, MD  20705-2101


Audi Financial Services
PO Box 5215
Carol Stream, IL  60197-5215


Blue Rock Productions
4226 Amos Ave
Baltimore, MD  21215-3311


Bruce Chapman
12 Battersea Ln
Fort Washington, MD  20744-7202


Catherine Hopkin, Esquire
Tydings & Rosenberg, LLP
100 E Pratt St Fl 26
Baltimore, MD  21202-1097

Century Fencing
9501 Old Marlboro Pike
Upper Marlboro, MD  20772-3644


Check Cashing Depot
1602 University Blvd E
Hyattsville, MD  20783-4622


Comcast
PO Box 3005
Southeastern, PA  19398-3005


Comptroller of Maryland
Revenue Administration Division
PO Box 17405
Baltimore, MD  21297-1405


Cube Smart
8410 Westphalia Rd
Upper Marlboro, MD  20774-3532


David Allen Company, Inc.
PO Box 27705
Raleigh, NC  27611-7705


Douglas E. Wych, Sr.
6709 Dower House Rd
Upper Marlboro, MD  20772-3806

Essex Real Estate Holdings, LLC
9440 Pennsylvania Ave
Upper Marlboro, MD  20772-3659


Essex Renewable Power, LLC
9440 Pennsylvania Ave
Upper Marlboro, MD  20772-3659


F & F Landscaping, Inc.
12402 Crestwood Ave S
Brandywine, MD  20613-7648


Federal Painting
45915 Maries Rd Ste 132
Dulles, VA  20166-9280


First Trust Bank
1901 Walnut St
Philadelphia, PA  19103-4640


Freestate Electrical Service
13335 Mid Atlantic Blvd
Laurel, MD  20708-1432


Frogworks
10567 Halbert Ct
Waldorf, MD  20603-3220

H & J Cosntruction, LLC
3436 Chesterfield Ave
Baltimore, MD  21213-1802


Imperial Woodworking Company
310 N Woodwork Ln
Palatine, IL  60067-4933


Industrial Bank
7610 Pennsylvania Ave
District Heights, MD  20747-4701


Internal Revenue Service
Fallon Federal Building
3 Hopkins Plz
Baltimore, MD  21202


Jamals Ikon, LLC
702 H St NW Ste 400
Washington, DC  20001-3875


Jennifer L. Kneeland, Esquire
Linowes & Blocher
7200 Wisconsin Ave
Bethesda, MD  20814-4811


JOK Enterprise, Inc.
15500 Castle Ct
Laurel, MD  20707-5301

JoMax Recovery Services
9242 W Union Hills Dr Ste 102
Peoria, AZ  85382-8219


Jonathan Blunt
9640 Pennsylvania Ave
Upper Marlboro, MD  20772-3670


Kash King
8431 Georgia Ave
Silver Spring, MD  20910-4425


Katz Abosch
9690 Deereco Rd Ste 500
Timonium, MD  21093-6900


Kaywood Liquors
2205 Varnum St
Mount Rainier, MD  20712-1457


Kensington Glass Art
2194 Urbana Pike
Ijamsville, MD  21754-8601


M & G Services
7900 Walker Mill Dr
Capitol Heights, MD  20743-3411

Mahogany, Inc.
910 W Pratt St
Baltimore, MD  21223-2643


Maryland Dept of Labor Licensing & Reg
1100 N Eutaw St
Baltimore, MD  21201-2225


Maryland Fabricators, Inc.
3019 Millington Rd
Millington, MD  21651-1401


MD Mellwood Financial
186 Seven Farms Dr Ste F-251
Daniel Island, SC  29492-8510


Metro Painters, Inc.
7861 Coppermine Dr
Manassas, VA  20109-2505


Mobile Modular Management Corp
PO Box 45043
San Francisco, CA  94145-5043


Natioanl Fire Protection
515 Dover Rd Ste 2600
Rockville, MD  20850-1235

```
O'Riordan Bethel Law Firm
1314 19th St NW
Washington, DC  20036-1602


PEPCO
PO Box 13608
Philadelphia, PA  19101-3608


Regus
100 International Dr Fl 23
Baltimore, MD  21202-4737


Regus
100 M St SE
Washington, DC  20003-3519


Roger R. Blunt
9640 Marlboro Pike
Upper Marlboro, MD  20772


Roger R. Blunt
9640 Pennsylvania Ave
Upper Marlboro, MD  20772-3670


S W Liquors
7072 Allentown Rd
Temple Hills, MD  20748-5333
```

```
Safeware, Inc.
PO Box 64465
Baltimore, MD  21264-4465


Sparkle Painting Co., Inc.
7962 Conell Ct
Lorton, VA  22079-1013


The LaPlaca Firm
7135 Bluegrass Way
Owings, MD  20736-4315


Three Brother
3061 Frederick Ave
Baltimore, MD  21223-2715


Virginia Department of Taxation
PO Box 1777
Richmond, VA  23218-1777


VSC Fire and Security, Inc.
7708 Fullerton Rd
Springfield, VA  22153-2819


W.G. Tomko, Inc.
2559 State Route 88
Finleyville, PA  15332-3504
```